STATE of Missouri, Respondent,

v.

Bruce HARDESTY, Appellant.

No. WD 47694.

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Bruce Hardesty, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of second degree burglary, section 569.170, RSMo 1986, and stealing over $150, section 570.030.3(1), RSMo 1986.

Judgment affirmed. Rule 30.25(b).

Charles W. RODNEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47912.

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).